UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYSTINE WAGENSCHUTZ,<br><br>            Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br>            Defendant. | Case No. 2:17-cv-02875-GMN-NJK<br><br>ORDER<br><br>(Docket No. 9) |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 9. The proposed discovery plan does not include the required statement that the parties have met and conferred about the possibility of using alternative dispute-resolution processes, pursuant to Local Rule 26-1(b)(7). The proposed discovery plan also does not include the required statement that the parties have considered consent to trial by a magistrate judge, pursuant to Local Rule 26-1(b)(8). Accordingly, the Court **DENIES** without prejudice the proposed discovery plan. Docket No. 9. A renewed proposed discovery plan and scheduling order shall be filed no later than January 8, 2018.

    IT IS SO ORDERED.

    Dated: January 3, 2018

                                                    NANCY J. KOPPE<br>
                                                    United States Magistrate Judge